

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KAREN HAGUEWOOD,<br><br>    Plaintiff,<br><br>  v.<br><br>COLUMBIA BASIN ELECTRIC COOPERATIVE, INC.,<br><br>    Defendant. | 08-cv-01186-AA<br><br>ORDER OF DISMISSAL |

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, subject to either party reopening the case in the event of failure to consummate final settlement within sixty (60) days of the date of this order. Each party shall bear its own costs and fees.

DATED this 19th day of April 2010.

            Mary L. Moran, Clerk of Court

           by: *Paul L. Bruch*
            Paul Bruch, Deputy Clerk